UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

Catherine Watts and Robert Watts )
    Plaintiffs )
)
v. )
) **COMPLAINT AND**
) **JURY TRIAL DEMAND**
Kelly O. Martin and Werner )
Enterprises, )
    Defendants. )

**05 - 30153 - MAP**

## PARTIES

1. Plaintiff, Catherine Watts, is an individual residing at 18 Jensen Lane, Granville, Hampden County, Massachusetts.

2. Plaintiff, Robert Watts, is an individual residing at 18 Jensen Lane, Granville, Hampden County, Massachusetts.

3. Defendant, Kelly O. Martin is an individual residing at 500 E. Houston Street, #7F, New York, New York.

4. Defendant, Werner Enterprises, is a foreign for profit corporation having a principle place of business at 14507 Frontier Road, Omaha, Nebraska.

## FACTUAL ALLEGATIONS

5. On or about February 1, 2005, at approximately 7:50 a.m. plaintiff, Catherine Watts was operating her vehicle on Columbus Avenue in Springfield, Massachusetts.

6. On or about February 1, 2005, the defendant, Kelly O. Martin, was operating a tractor-trailer truck on Columbus Avenue in Springfield, Massachusetts.

7. On or about February 1, 2005, the defendant, Werner Enterprises, was the registered owner of the tractor-trailer truck.

8. On or about February 1, 2005, defendant, Kelly O. Martin, was an employee acting in the scope of and in the course of his employment for the defendant, Werner Enterprises.

9. On or about February 1, 2005, defendant, Kelly O. Martin was operating the tractor-trailer truck with the implied knowledge and consent of defendant, Werner Enterprises.

10. At the same and time place, the plaintiff was turning right from Columbus Avenue onto Boland Way when the defendant entered the plaintiff's lane of travel and struck her vehicle and then continued without stopping.

FILING FEE PAID:
RECEIPT # 305982
AMOUNT $ 250.00
BY DPTY CLK MBR
DATE 6/27/05

## COUNT I

11. The plaintiff, Catherine Watts, realleges and incorporates by reference paragraphs 1-10 above.

12. On or about February 1, 2005, the defendant, Kelly O. Martin, negligently operated his vehicle as above described.

13. As a direct and proximate result of defendant's negligence, plaintiff, Catherine Watts sustained personal injuries, incurred expenses for medical care and treatment, suffered loss of use of her body and endured pain and suffering.

WHEREFORE, plaintiff, Catherine Watts, demands judgment of defendant, Kelly O. Martin, and monetary damages together with interest and costs.

## COUNT II

14. The plaintiff, Catherine Watts, realleges and incorporates by reference paragraphs 1-10 above.

15. At all times material hereto, the defendant, Werner Enterprises, was negligent by and through the acts of its agent, employee, and servant, Kelly O. Martin as above described.

16. As a direct and proximate result of the defendant, Werner Enterprises' negligence, the plaintiff sustained personal injuries, incurred expenses for medical care and treatment, suffered loss of the use of her body and endured pain and suffering.

WHEREFORE, plaintiff, Catherine Watts, demands judgment against the defendant, Werner Enterprises, together with monetary damages, interest and costs of this action.

## COUNT III

17. The plaintiff, Robert Watts, realleges and incorporates by reference paragraphs 1-10 above.

18. As a direct and proximate result of the conduct of the defendant, Kelly O. Martin, plaintiff, Robert Watts, has incurred medical expenses for the care and treatment of his wife's injuries, has been deprived of his wife's consortium, society, companionship and services and has expended great time and effort in caring for his wife and her resulting injuries.

WHEREFORE, plaintiff, Robert Watts, demands judgment of defendant, Kelly O. Martin, and monetary damages together with interest and costs.

## COUNT IV

19. The plaintiff, Robert Watts, realleges and incorporates by reference paragraphs 1-10 above.

20. As a direct and proximate result of the conduct of the defendant, Werner Enterprises, plaintiff, Robert Watts, has incurred medical expenses for the care and treatment of his wife's injuries, has been deprived of his wife's consortium, society, companionship and services and has expended great time and effort in caring for his wife and her resulting injuries.

WHEREFORE, plaintiff, Robert Watts, demands judgment of defendant, Werner Enterprises, and monetary damages together with interest and costs.

<u>JURY DEMAND</u>:   THE PLAINTIFFS HEREBY DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

                              THE PLAINTIFFS,
                              BY THEIR ATTORNEYS
                              LAW OFFICES OF THOMAS M. LIBBOS, P.C.

DATED: 6/23/05

                              Thomas M. Libbos
                              B.B.O. #299080
                              175 State Street
                              Springfield, MA 01103
                              Telephone: 413-731-5000
                              Facsimile: 413-731-1985

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Catherine Watts & Robert Watts

## DEFENDANTS
Kelly O. Martin & Werner Enterprises

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Granville, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: New York, NY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Thomas M. Libbos
Law Offices of Thomas Libbos
175 State St., Springfield, MA 01103
413-731-5000

ATTORNEYS (IF KNOWN)
05-30153-MAP

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending |  | **LABOR** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** |  | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights |  | ☐ 871 IRS — Third Party 26 USC 7609 |  |
|  |  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Diversity Jurisdiction 28 USC 1332: Plaintiff alleges Defendant negligently drove his vehicle causing a collision.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 6/23/05
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Watts et al. v. Martin et al.**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

    X    III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ___  V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES ☐    NO ☒

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☒    NO ☐

    A.  If yes, in which division do all of the non-governmental parties reside?

        Eastern Division ☐    Central Division ☐    Western Division ☒

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  **Thomas M. Libbos**
ADDRESS  **175 State Street, Springfield, MA 01103**
TELEPHONE NO.  **413-731-5000**

Coversheetlocal.wpd - 10/17/02