UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05CV30153-MAP

Catherine Watts and Robert Watts )
    Plaintiffs )
)
v. )
)
Kelly O. Martin and Werner )
Enterprises, )
    Defendants. )

**AFFIDAVIT**

    I, Thomas M. Libbos, attorney for the above-named plaintiff first being duly sworn, do depose and say that:

1.     I am the attorney of record for the plaintiff in the above-entitled matter.

2.     On July 5, 2005, I served defendant, Werner Enterprises with the Complaint and Summons by mailing copies of the same, Certified Mail, Return Receipt Requested (Article Number 7004 2510 0007 6367 5362).

3.     The Return Receipt card was signed and returned to this office, the original of which is attached hereto.

    Signed under the pains and penalties of perjury this 11th day of July, 2005.

    Thomas M. Libbos, Esquire
    BBO #299080
    Law Offices of Thomas M. Libbos
    175 State Street, 5th Floor
    Springfield, MA 01103
    (413) 731-5000

# United States District Court

_____ DISTRICT OF _____

Catherine Watts & Robert Watts

SUMMONS IN A CIVIL CASE

V.

Kelly O. Martin & Werner Enterprises

CASE NUMBER: 05-30153-MAP

TO: (Name and address of defendant)

Werner Enterprises
14507 Frontier Road
Omaha, Nebraska

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Libbos
175 State Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE 6/27/05

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

_____
Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X R Jenk_____ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>R Jenkins | C. Date of Delivery |
| 1. Article Addressed to:<br>Werner Enterprises<br>14507 Frontier Road<br>Omaha, NE 68145<br><br>Watts | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0007 6367 5362 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |