UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30153-MAP

Catherine Watts and Robert Watts )
    Plaintiffs )
     )
v. )
     )
Kelly O. Martin and Werner )
Enterprises, )
    Defendants. )

## PLAINTIFFS' CERTIFICATION

Pursuant to Local Rule 16.1, the counsel for the plaintiffs certifies on this date he has conferred

with his clients with a view toward establishing a budget for the costs of conducting the full course

of litigation and discussed various options to litigation, which include mediation.

Plaintiffs,
By Their Attorney,

Dated: 9|15|05

Thomas M. Libbos
LAW OFFICES OF THOMAS M. LIBBOS, P.C.
175 State Street, 5th Floor
Springfield, MA 01103
(413) 731-5000
BBO# 299080