UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATHERINE WATTS, et al.,         )
                              Plaintiffs    )
                                       )
                                       )
             v.                              )        Civil Action No.  05-30153-MAP
                                       )
                                       )
KELLY O. MARTIN, et al.,          )
                              Defendants   )

SCHEDULING ORDER
September 20, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by October 14, 2005.

2. All written discovery shall be served by November 1, 2005.

3. Non-expert depositions shall be completed by March 1, 2006.

4. Counsel shall appear for a case management conference on March 3, 2006, at 10:30 a.m. in Courtroom Three.

5. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by March 1, 2006.

6. Independent medical examinations shall be completed by April 14, 2006.

7. Defendants shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by May 1, 2006.

8. All expert depositions shall be completed by June 2, 2006.

IT IS SO ORDERED.

Dated: September 20, 2005                    /s/ Kenneth P. Neiman
                                                                    KENNETH P. NEIMAN
                                                                    U.S. Magistrate Judge