# United States District Court

_____ DISTRICT OF _____

Catherine Watts & Robert Watts

V.

Kelly O. Martin & Werner Enterprises

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30153-MAP

TO: (Name and address of defendant)

Kelly O. Martin
500 E. Houston Street, #7F
New York, NY

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Libbos
175 State Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

DATE 6/27/05

_____
(BY) DEPUTY CLERK

Case 3:05-cv-30153-MAP    Document 9    Filed 10/19/2005    Page 2 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-57'2

*Hampden, ss.*

October 14, 2005

I hereby certify and return that on 10/13/2005 at 10:30 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to MARIA GARDNER, , agent, person in charge at the time of service for REGISTRY OF MOTOR VEHICLES, , 165 LIBERTY Street, SPRINGFIELD, MA 01103. Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Attestation x 2 ($10.00), Office Expense ($10.00), Mailing1 ($1.00) Total Charges $54.76

Deputy Sheriff ALFRED B. BADONE

_____
Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.