*The Commonwealth of Massachusetts*

*Registry of Motor Vehicles*

*One Copley Place, Boston 02116*

Kimberly Hinden
*Registrar*

Mail:
P.O. Box 199100
Boston, MA 02119-9100
www.mass.gov/rmv

October 24, 2005

Thomas M. Libbos, Esq.
Law Offices of Thomas Libbos
175 State Street.
Springfield, MA 01103

RE: CATHERINE WATTS and ROBERT WATTS VS. KELLY O. MARTIN and WERNER ENTERPRISES.
UNITED STATES DISTRICT COURT, CIVIL ACTION NO# 05-30153-MAP

Dear Atty. Libbos:

The attached process has been served on the defendant pursuant to the provisions of M.G.L. c. 90 §3C. Below please find the executed affidavit set forth in §3C, which by law serves as prima facie evidence of service upon that party.

## AFFIDAVIT

This hereby certifies that the attached process served upon the Registrar of Motor Vehicles was forwarded by mail October 24, 2005, postage prepaid, to Kelly O. Martin. This is in accordance with the provisions of M.G.L. c. 90, §3C.

Signed under the pains and penalties of perjury on October 24, 2005.

Signed: _____
Kathleen Munson, Keeper of the Records

ba

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Catherine Watts & Robert Watts

**SUMMONS IN A CIVIL CASE**

V.

Kelly O. Martin & Werner Enterprises

CASE NUMBER:

**05 - 30153 - MAP**

TO: (Name and address of defendant)

Kelly O. Martin
500 E. Houston Street, #7F
New York, NY

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Libbos
175 State Street
Springfield, MA 01103

A TRUE COPY ATTEST
Alfred B Badone
DEPUTY SHERIFF HND. CTY.

an answer to the complaint which is herewith served upon you, within _TWENTY (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 2 4 2005

SARAH A. THORNTON

CLERK

6/27/05

DATE

_M Ghindey_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                              Signature of Server

                                         _____
                                         Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.