# MURPHY & RILEY, P.C.
### ATTORNEYS AND COUNSELLORS AT LAW
### 141 TREMONT STREET
### BOSTON, MASSACHUSETTS
### 02111

RICHARD J. RILEY
ROBERT J. MURPHY
SUSAN DONNELLY MURPHY
JOSEPH A. KING
JOHN P. COAKLEY
AMY R. RILEY
FRANK L. DePASQUALE
JOEL D. HILLYGUS
WILLIAM P. MEKRUT
MARNA M. RUSHER

WALTER G. MURPHY
(1925-2000)

TELEPHONE
(617) 423-3700

FACSIMILE
(617) 423-1010
(617) 423-3750

MurphyRiley.com

February 1, 2006

Clerk's Office – Civil
United States District Court
Springfield Division
1550 Main Street
Springfield, MA 01103

RE: CATHERINE WATTS AND ROBERT WATTS
VS: KELLY O. MARTIN AND WERNER ENTERPRISES, INC.
DATE OF LOSS: 2/1/05
C. A. NO. 05-30453-MAP
OUR FILE NO. 900/30622

Dear Sir/Madam:

Enclosed for filing please find the following documents in the above-captioned matter:

1. Defendants' Motion to Compel Discovery From Liberty Mutual Insurance Company F.R.C.P. 37(a) & To Extend The Time To Complete Discovery;
2. Memorandum of Law In Support of Defendants' Motion to Compel Discovery From Liberty Mutual Insurance Company F.R.C.P. 37(a) & To Extend The Time To Complete Discovery; and
3. Affirmation Pursuant to Local Rule 37.1.

Thank you for your attention to this matter.

Very truly yours,

Frank L. DePasquale

FLD:rm
Enclosures
cc: Thomas M. Libbos, Esquire (w/encls.)
    Timothy W. Chopelas, Esquire (w/encls.)
    Liberty Mutual Insurance Company (w/encls.) (Boston)
    Liberty Mutual Insurance Company (w/encls.) (Westborough)

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DISTRICT

| | |
|---|---|
| CATHERINE WATTS AND ROBERT WATTS, Plaintiffs, | ) ) ) ) |
| V. | ) CIVIL ACTION NO. 05-30153-MAP ) |
| KELLY O. MARTIN AND WERNER ENTERPRISES, Defendants. | ) ) ) ) |

**DEFENDANTS' MOTION TO COMPEL DISCOVERY
FROM LIBERTY MUTUAL INSURANCE COMPANY F.R.C.P. 37(a)
& TO EXTEND THE TIME TO COMPLETE DISCOVERY**

NOW COME the Defendants, Kelly O. Martin and Werner Enterprises, who respectfully request that this Court allow their Motion for a Court Order compelling Liberty Mutual Insurance Company to produce the personal injury and property damage claim files for claims made by the Plaintiffs following the subject accident, and extend the time within which to complete discovery, including party depositions and independent medical examinations.

This Honorable Court is respectfully referred to the accompanying supporting memorandum and exhibits that are incorporated herein by reference.

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 1, 2006.

DATED:

DATED: February 1, 2006

DEFENDANT,
By its Attorneys,

Frank L. DePasquale BBO#659399
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700