UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATHERINE WATTS, et al.,           )
                 Plaintiff      )
                                   )
                                   )
v.                                 )        Civil Action No.  05-30153-MAP
                                   )
                                   )
KELLY O. MARTIN, et al.,           )
                 Defendants   )

REVISED SCHEDULING ORDER
February 23, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS without opposition Defendants' Motion to Compel Discovery from Liberty Mutual Insurance Company (see order to be issued this day) and to Extend Discovery as follows:

1. Non-expert depositions shall be completed by April 21, 2006.

2. Counsel shall appear for a case management conference on April 27, 2006, at 12:00 p.m. in Courtroom Three.  The March 3, 2006 conference is hereby canceled.

3. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 1, 2006.

4. Independent medical examinations shall be completed by June 16, 2006.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 30, 2006.

6. All expert depositions shall be completed by September 1, 2006.

There shall be no further extensions.

IT IS SO ORDERED.

Dated: February 23, 2006                    /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge