UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DISTRICT

| | |
|---|---|
| CATHERINE WATTS AND ROBERT WATTS, <br> Plaintiffs, | ) <br> ) <br> ) <br> ) |
| V. | ) CIVIL ACTION NO. 05-30153-MAP <br> ) |
| KELLY O. MARTIN AND WERNER ENTERPRISES, <br> Defendants. | ) <br> ) <br> ) |

## ORDER FOR THE PRODUCTION OF RECORDS

It is hereby **ORDERED** that the person in charge of records at Liberty Mutual Insurance Company, 114 Turnpike Road, Suite 204, Westborough, MA 01581, produce copies of all documents of any form or description, including photographs, audio recordings, videos, and other tangible things which arise out of or relate in any way to the Personal Injury (PIP) and Property Damage claims made by claimant, **Catherine Watts**, Social Security No. -8142, date of birth: /72, Date of Loss 2/1/2005. The records are to be produced to: Attorney Frank L. DePasquale, Murphy & Riley, P.C., 141 Tremont Street, Boston, MA 02111 within twenty (20) days of this Court order.

BY THE COURT:

_____
Judge of the U.S. District Court for the
District of Massachusetts

DATED:

The __23__ day of February 2006