UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATHERINE WATTS, et al.,           )
                     Plaintiffs    )
                                )
    v.                                                  )    Civil Action No. 05-30153-MAP
                                )
                                )
                                )
KELLY O. MARTIN, et al.,           )
                     Defendants  )

FINAL SCHEDULING ORDER
April 27, 2006

NEIMAN, C.M.J.

The following revised schedule was set at the case management conference this day:

1. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 1, 2006.

2. Independent medical examinations shall be completed by July 17, 2006.

3. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by August 4, 2006.

4. All expert depositions shall be completed by September 29, 2006.

5. Counsel shall appear for a final pretrial conference on November 15, 2006, at 2:00 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: April 27, 2006

        /s/ Kenneth P. Neiman  
KENNETH P. NEIMAN  
Chief Magistrate Judge