# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE WATTS.<br>ROBERT WATTS<br>    *Plaintiff*<br><br>V.<br><br><br><br><br>KELLY O. MARTIN,<br>WERNER ENTERPRISES<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>)   Case No:   3:05-CV-30153-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the plaintiffs on 11/15/06 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED November 15, 2006

                                        **SARAH A. THORNTON**
                                        CLERK

                                        BY: /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk