FILED
H CLERK'S OFFICE

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS
### SPRINGFIELD DISTRICT

2006 DEC -5 /. II: 13

U 3, P'                    2P' --

| | | |
|---|---|---|
| **CATHERINE WATTS AND** | ) | |
| **ROBERT WATTS,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. 05-30153-MAP** |
| | ) | |
| **KELLY O. MARTIN AND** | ) | |
| **WERNER ENTERPRISES,** | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, hereby stipulate that said action be dismissed with prejudice, without costs and all rights of appeal waived

Dated: October 2, 2006

Defendants Kelly O. Martin &
Werner Enterprises, Inc.
By their attorneys,

Frank L. DePasquale BBO#659399
Murphy & Riley, PC
141 Tremont Street
Boston, MA 02111

Plaintiffs Catherine Watts &
Robert Watts,
By their attorneys,

Thomas M. Libbos, Esq.
175 State Street
Springfield, MA 01103